February 16, 1979

404 A.2d 1352

Beck, Appellant, v. Grotzinger, Inc., et al.

Submitted September 15, 1978. Paul J. Quattrone, for appellant; Anthony B. Trambley, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order of November 4, 1977 affirmed.

404 A.2d 1353

Commonwealth v. Boyd, Appellant.

Submitted June 12, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.